UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

IN THE MATTER OF APPLICATION FOR          :
ADMISSION TO PRACTICE IN THIS COURT   :

## PETITION

I, __John J. Graubard__, hereby petition the United States District Court for the Middle District of Pennsylvania to admit me to practice before that Court. In support of my petition, I state as follows:

My office address is:   U.S. Securities and Exchange Commission

200 Vesey Street, Room 400

New York, NY 10281-1022

Office Telephone:   212-336-0084

I was admitted to practice before the Courts listed below on the date shown after the name of each Court, and I am currently a member in good standing of all those Courts.

State of New York - 12/23/1968; State of Connecticut - 3/8/1972

See attached list of Federal Court Admissions

My attorney Identification number is:   NY-1517150; CT-024369

---

**FOR COURT USE ONLY**

____ GENERAL ADMISSION:

GRANTED BY THE COURT: _____   Date: _____

✓ SPECIAL ADMISSION:
GRANTED BY THE COURT __[signature]__   Date: 4/17/17